UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

    Petitioner,

  v.

C. KOENIG, Warden,

    Respondents.

Case No. 19-cv-02607-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Request to Withdraw Petition; Dismissing Petition Without Prejudice; and Terminating Pending Motions as Moot,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: October 11, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge